

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00068-CV

GINA CAROL SHORKEY, Appellant

§ On Appeal from Probate Court No. 2

§ of Tarrant County (2023-PR02273-2A)

V.

§ October 23, 2025

ELIZABETH WELLS, Appellee

§ Memorandum Opinion by Chief Justice Sudderth

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Gina Carol Shorkey shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth